**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

LUIS SANDRO CASTENADA-CAGUA, and
QUENIA MARISOL CHILA CAGUA,

Petitioners,

v. Case No. 2:26-cv-02767-MSN-cgc

CHRISTOPHER BULLOCK,

Respondent.

---

**JUDGMENT**

---

**JUDGMENT BY COURT.** This action came before the Court on a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), filed June 29, 2026.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Petitioner's Motion for Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(2) (ECF No. 19), filed September 10, 2026, and the Notice of Voluntary Departure (ECF No. 10), filed July 27, 2026, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

September 11, 2026
Date